IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Docket No. 3:12-cr-139-FDW |
| v. | |
| VICTOR AURELIO GUERRA *et al* | |

## ORDER

Upon consideration of the Motion of the United States of America, by and through the United States Attorney for the Western District of North Carolina, and upon finding good cause for the retention of the approximate 1442 kilograms of marijuana seized on April 17, 2012 in U.S. Department of Homeland Security (DHS) case number CR13MR12CR0018, seizure number 2012230400032801,

IT IS HEREBY ORDERED that the aforementioned marijuana be retained by DHS until further Order of the Court.

SO ORDERED

Signed: June 4, 2012

David C. Keesler
United States Magistrate Judge