IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Docket No. 3:12-cr-139-FDW |
| v. | ORDER UNSEALING SECOND SUPERSEDING BILL OF INDICTMENT AND WARRANT |
| (4) JOSE ALEJANDRO SEGOVIA<br>(5) JOSE LUIS SANDOVAL-GODOY<br>(6) CARLOS EDGAR SANDOVAL-URIEL<br>(7) RIGOBERTO PACHECO-CARRILLO<br>(10) ANDRES G. HERBAS<br>(12) GUILLERMO GARZA-SANCHEZ | *UNDER SEAL* |

UPON MOTION of the United States of America for an order directing that the Second Superseding Bill of Indictment and the arrest Warrant be unsealed, because there is no longer a need to protect the secrecy of the on-going nature of the investigation in this matter,

**IT IS HEREBY ORDERED** that the Second Superseding Bill of Indictment and the arrest Warrant be unsealed.

The various motions and orders to seal and unseal shall remain under seal until further order.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

SO ORDERED this 7th day of October 2012.

THE HONORABLE DAVID C. KEESLER
UNITED STATES MAGISTRATE JUDGE